**EXHIBIT 2**

# MINTO COMMUNITY PLAN



2023-2028

# CONTENTS

Table Of Figures ..................................................................................................................................iii

Community Plan Adoption Resolution ...............................................................................................1

Community Vision .............................................................................................................................2

Executive Summary ...........................................................................................................................2

Community Planning Process .............................................................................................................2

Community Plan Implementation ......................................................................................................3

Community Profile .............................................................................................................................3

    History and Culture .......................................................................................................................3

    Location .........................................................................................................................................5

    Population .......................................................................................................................................5

    Climate...........................................................................................................................................6

    Wildlife ..........................................................................................................................................7

Governance/Public Administration ....................................................................................................8

    Tribal Government.........................................................................................................................8

    Tribal Court ...................................................................................................................................9

    Village Corporation ......................................................................................................................9

    VPSO/Law Enforcement .............................................................................................................9

Public Utilities .................................................................................................................................10

    Water and Sewer .........................................................................................................................10

    Solid Waste .................................................................................................................................10

    Communications .........................................................................................................................11

    Environmental Concerns.............................................................................................................11

    Power/Energy (Bulk Fuel & Electric) ........................................................................................12

    Biomass Project...........................................................................................................................12

Public Facilities ...............................................................................................................................13

    Lakeview Lodge ..........................................................................................................................13

    Tribal Hall ...................................................................................................................................13

    Health Center ..............................................................................................................................14

    School..........................................................................................................................................14

Case 4:25-cv-00024-SLG     Document 1-2     Filed 07/03/25     Page 3 of 39

Post Office .................................................................................................................... 15

Economy ....................................................................................................................... 16

    Local Stores and Businesses ............................................................................. 16

    Subsistence ......................................................................................................... 16

    Unemployment Rate ......................................................................................... 17

    Composition of Employment ........................................................................... 17

Housing ......................................................................................................................... 17

Transportation .............................................................................................................. 18

Community Well-Being ................................................................................................ 18

    Churches .............................................................................................................. 18

Land Ownership ........................................................................................................... 19

    Land Use Planning ............................................................................................ 21

    Land Use Priorities .......................................................................................... 21

Priorities: Goals and Objectives ................................................................................. 22

    Subsistence ......................................................................................................... 22

    Community Well-Being .................................................................................... 22

    Economy ............................................................................................................. 23

    Housing .............................................................................................................. 23

    Education & Workforce Development ........................................................... 23

Minto Community Survey Results .............................................................................. 24

Appendices .................................................................................................................... 29

    Map 1: Minto Village Map ............................................................................... 29

    Map 2: Community Map of Minto ................................................................... 30

    Map 3: Minto Area Map .................................................................................. 31

    Map 4: Minto Flats State Game Refuge ......................................................... 32

    Map 5: Minto Seth-De-Ya-Ah Corp, AK Native Allotments, Doyon Limited ................. 33

Village Contacts ........................................................................................................... 34

# TABLE OF FIGURES

Figure 1 Photo Courtesy of Eilleen Charlie ............................................................2

Figure 2 Photo Courtesy of Amber Jimmie ..........................................................3

Figure 3 Photo Courtesy of Robin Campbell .......................................................4

Figure 4 Minto on Alaska Map ................................................................................5

Figure 5 Photo Courtesy of Eilleen Charlie ..........................................................6

Figure 6 Photo Courtesy of Cameron Winfrey ....................................................7

Figure 7 Photo Courtesy of Jacob Titus ...............................................................7

Figure 8 VPSO Housing ............................................................................................9

Figure 9 Power Plant ...............................................................................................10

Figure 10 Minto Community Clean Up Efforts ..................................................10

Figure 11 Lakeview Lodge Courtesy of Pete Anderson ....................................13

Figure 12 Minto Community Hall .........................................................................13

Figure 13 Evelyn Alexander Health Center .........................................................14

Figure 14 Minto School ...........................................................................................14

Figure 15 Photo Courtesy of Eilleen Charlie ......................................................15

Figure 16 Post Office ...............................................................................................15

Figure 17 The Northfork Store & Fuel .................................................................16

Figure 18 Village End Cafe .....................................................................................16

Figure 19 Hunting Season by Eilleen Charlie .....................................................16

Figure 20 One of Minto's Churches .....................................................................18

# COMMUNITY PLAN ADOPTION RESOLUTION

**Minto Village Council**
P.O. Box 58026 Minto, Alaska 99758
**Phone** (907) 798-7112
*Tribaladministrator@villageofminto.org*

| | | | |
|---|---|---|---|
| *Ch'echalyu* | *Bedzeyh Ti Xwt'ana* | *Tonidra Gheltslina* | *Tsiyhyu* |
|  |  |  |  |

*Artwork by Knowland Silas*

### Resolution 2023- 24

### Adopting Community Plan

**Whereas**, this Community Plan is important to the future growth and development of the Native Village Of Minto: and;

**Whereas,** this plan was created through a public process which captured the values and goals of our community: and,

**Whereas,** this plan is a tool that helps us manage change in our community: and,

**Whereas,** this plan is intended to coordinate future community development and service delivery; and,

**Whereas,** it is understood that this document was created for public use and will be made publicly available and,

**Whereas,** we ask all public, private, and non-profit entities serving our community to recognize and use this plan; and,

**NOW THEREFORE BE IT RESOLVED,** that the parties of this resolution agree to work together to pursue the values, goals, and vision expressed in this plan.

### Certification

We hereby certify that this resolution was duly passed and approved 5 in favor, 0 opposed by the following parties:

1ˢᵗ Chief                                                          6·14·2023
                                                                        Date

Secretary/Treasurer                                      6-14-2023
                                                                        Date

"In the old days everybody belonged to a clan. In Minto there are four clans:
**Caribou** – *(Bedzeyh Ti Xwt'ana)* **Fishtail**- *(Ch'echalyu)* **Paint** – *(Tsiyhyu)* **Middle**- *(Tonidra Gheltslina)*"
**Chief** *Lori Baker,* **2ⁿᵈ Chief** *Bessie Titus,* **Sec./Tres.** *Cameron Winfrey,*
**Member** *Jonathan David,* **Member** *Lindberg Charlie*

# COMMUNITY VISION

The village of Minto has a vision that encompasses spirituality, cultural integrity, and traditional values. Minto embraces and promotes education, employment, and a self-sustaining way of life to secure a safe, healthy community and to ensure a stable future for our children by managing and protecting local resources.



# EXECUTIVE SUMMARY

Since 2005, the Native Village of Minto has been working through their five-year and ten-year plans to strengthen and unify the community in their planning efforts to see their vision through, while guiding change for the best interest of the community. The new 2023-2028 Minto Community plan sets the stage and lays out the framework the next five-year plan. The 2032-2028 Minto Community Plan has been a cooperative effort between Minto Village Council and Tanana Chiefs Conference Planning & Development Program. The goals and objectives included in this plan reflect the top priorities identified by Minto's community members and will be utilized to plan future projects and guide future development. A thank you to the Minto community members for participating in the July 2022 planning meeting, and especially Bessie Titus, Pete Anderson, and Cameron Winfrey for editing the document and pushing the plan through adoption.

# COMMUNITY PLANNING PROCESS

The community planning has been an ongoing process as the community wishes to continue their progress from previous years. This plan was developed through a

process of community meetings and a community survey used as a tool in the planning process. With input from the Village Council and the entire community of Minto, priorities were developed and projects were selected to be included in this plan.

The 2023 Minto Community Plan is a continuation of the foundation built from the 2017 Minto Community Plan, which was essential to assess its relevancy in setting the community vision and goals for the next five years. The Village Council reflected on their 2017 goals, measured what was met, and prioritized the new goals and objectives for 2023-2028.

# COMMUNITY PLAN IMPLEMENTATION

The Minto Village Council, in collaboration with Tanana Chiefs Community Planning & Development Department, will implement this community plan by utilizing it as a live document as illustrated by the action items within each goal. The community plan provides the framework used to initiate grant proposals and embark on new projects, as identified in the goals and objectives section of the plan. Another key aspect to implementing the community plan is the opportunity for the Native Village of Minto to apply for the TCC Planning & Development Grant Development Specialist position, which provides funding for the Tribe to employ a temporary village-based grant writer who receives grant writer training and works closely with the Tribe on one of the community's top goals. When grant funding is secured and projects are completed, this living community plan can be updated as the goals are met.

# COMMUNITY PROFILE

## HISTORY AND CULTURE

A majority of Minto residents are Alaska Native or part Alaska Native, primarily Tanana Athabascan Indians. The Minto People of long ago were a nomadic Tribe that moved seasonally throughout this vast country. In the spring and fall, people moved to camps located around the area that they identified as Cache, or Lake Minto, where abundant migrating waterfowl provided critical food



**Figure 2 Photo Courtesy of Amber Jimmie**

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 8 of 39

resources. Caches were constructed out of poles built above the ground to prevent animals from getting into food supplies, and meat was stored for the winter months ahead. Most caches were lost to fire. However, some are still standing and date back to 1924.

In the summers, Minto people moved to separate, yet closely situated fish camps along the Tanana River and Tanana Slough for the short fishing season. Historically, families were known to catch up to 1,000 fish per day. However, with declining fish populations and fishing regulations that number went drastically down to 7-10 per day.

People of the land moved nomadically, following the food supply seasonally. During spring months, the Minto people settled around the Graveyard area where they snared rabbits and trapped other furbearing animals. After Sawmill Island was established, Chief Charlie moved the people to Old Minto, located directly across from the timber rich island. The sawmill helped people build good, stable log cabins that resulted in more families taking up permanent settlement in Old Minto. In 1937, the Bureau of Indian



Figure 3 Photo Courtesy of Robin Campbell

Affairs established a school there, but most families did not live there year round there until the 1950s. In 1969, the village relocated to its present location, 40 miles north of Old Minto, due to repeated flooding and erosion. Despite relocation, the people of Minto still have strong ties to Old Minto. Elders and their descendants regularly travel there to maintain gravesites and stay connected with their ancestral land. Many of the old buildings in Old Minto still stand, including the church, community hall, several cabins, and the store.

The Native Village of Minto received a patent on July 11, 2006 from State of Alaska for 31.42 acres of the old village site which were carved out of the Minto Flats State Game Refuge.

Also, Tanana Chiefs Conference operates the Old Minto Family Recovery Camp year-round, except during spring break up or when flooding happened. Old Minto Family Recovery Camp is a short-term residential program that helps teach Alaska Native

individuals and families skills to live healthy, substance-free lives. The Recovery Camp's mission is to help people help themselves by healing spiritually, emotionally and mentally through drawing on the strength of the Native culture and traditional values. Minto Elders are important advisors and consultants to the Recovery Camp, providing cultural guidance for Recovery Camp activities and programs.

## LOCATION

Old Minto, the first origin of the Minto community, is located on the banks of the Tanana River, about 50 miles south of Fairbanks. Old Minto is only accessible by air or boat. The community of Old Minto relocated in 1969 to a bluff on the west bank of the Tolovana River to avoid persistent flooding. Old Minto is still used today as the site for cultural activities sponsored by the Interior Athabascan Cultural Heritage Education Institute and for programs operated by the Old Minto Family Recovery Camp.



Figure 4 Minto on Alaska Map

The new village of Minto is located in Interior Alaska on the west bank of the Tolovana River, 130 miles northwest of Fairbanks. Travel to and from Minto is usually done via the 11-mile spur road off the Elliott Highway. Minto is also accessible by air, flights are provided on Monday-Friday by Warbelow's Air.

## POPULATION

The population growth for Minto is reflected in the following graph, which depicts a fluctuation in growth from 1960 to 2020. Out-migration is evident in the downward spike in recent years. The reason for fluctuation in the population is due to the fluctuation of jobs available. 2020 Census data from American Community Survey, the total population for Minto was 160. The population pyramid estimates a population increase among children 5 to 10 years of age based



on the large number of newborn babies to 5 year olds depicted in the graph. There is also a large number of 30-34 year olds and large number of elderly 60-64 year olds whom will move into the 40-44 years and the 70-74 years categories in the upcoming years.

Population pyramids also shed light on whether the population might be expected to grow in terms of school enrollment, what services will be needed for a growing elderly population, a growing population within the workforce, and the demand for new family housing.

According to the American Community Survey, the population of Minto has grown over a 5-year span from 2010-2014, from 210 residents in 2010 to 252 residents in 2014 and 160 in 2020. The U.S. Census data, including the American Community Survey, however, is only a projection of a population estimate with reasonable room for over/underrepresentation.

## CLIMATE

Minto, along with most of Interior Alaska, falls within the continental climate zone, known for its extreme temperature ranges of extremely warm summers and extremely cold winters. The average daily temperature for Minto in July is in the low 70's°F; the average daily minimum during January is well below 0°F with extended periods of -40°F and very strong wind chill factors. The average annual precipitation is 12 inches with about 50 inches of snowfall (Alaska DCED Community and Regional Affairs, 2016). North and east winds are persistent in the area during the winter and often bring on a cold wind chill factor.



**Figure 5 Photo Courtesy of Eileen Charlie**

## WILDLIFE

The community of Minto is located alongside the Minto Flats State Game Refuge. The Refuge established in 1988 to protect the habitat for migratory birds and the conservation of fish and wildlife. The Tatalina River, Chatanika River, and Tolovana River flow through this area. The landscape is dominated by wetlands and is home to Goldstream Creek and



Figure 6 Photo Courtesy of Cameron Winfrey

Washington Creek. The type of fish that inhabit the rivers and shallow lakes are northern pike, burbot, grayling, whitefish, and sheefish. Chinook (King), Chum (Dog), and Coho (Silver) salmon also migrate through the Refuge in the summers. Blackfish are in many of the lakes within the Refuge (Alaska Department of Fish and Game, 2016).

The Refuge provides an excellent nesting area, which produces approximately 150,000 ducks per year and supports the largest trumpeter swan breeding population in North America. Geese, sandhill cranes and loons also nest in the Refuge. Bald eagles and peregrine falcons have historically nested adjacent to the Refuge. In the winter, a large number of grouse and ptarmigan inhabit the Refuge, along with a number of passerines (songbirds) and small owls.

The Minto Flats State Game Refuge is also home to a number of mammals. The Refuge supports moose, black bear, beaver, muskrat, river otter, lynx, wolverine, red fox, and mink.

The fish and wildlife resources have sustained the Athabascan people since their settlement in the Minto Flats.



Figure 7 Photo Courtesy of Jacob Titus

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 12 of 39

# GOVERNANCE/PUBLIC ADMINISTRATION

## TRIBAL GOVERNMENT

Minto is located in the unorganized borough and has no municipal government. The Native Village of Minto, however, was designated the Appropriate Village Entity for the community, thus the Minto Village Council is the only governance for the community. 

Historically, the Minto people have self-governed through four clan systems: Bedzeyh Ti Xwt'ana (Caribou Tail), Ch'echalyu (Fishtail), Tsiyhyu (Red Clay Paint) and Tonidra Gheltslina (Middle). More recently, the Tribe organized under the Indian Reorganization Act and it is on the list of Federally Recognized Tribes. It's constitution and bylaws were ratified December 30, 1939.

The Tribe has adopted eight codes: the Tribal Government Code, Judicial Code, Domestic Relations Code, Law and Order Code, Land Management Code, Health and Safety Code, Natural and Cultural Resources Code, and the Tribal Business Operations Code. The tribal council consists of five members including a Chief, a Second Chief, and a Secretary/Treasurer. Adult Tribal Members elect the Council Members and the Chief in a general election, and the Council Members themselves choose the remaining officers.

The Native Village of Minto is within the Tanana Chiefs Conference (TCC) service region, a nonprofit consortium of 42 Interior Alaska Athabascan Tribes and organizations.

The Native Village of Minto runs the elders' nutrition program, IGAP program, school lunch program, Tribal operations, Tribal transportation, the Tribal Family and Youth Specialist/ ICWA program, Tribal Court and water and sewer operations.

On November 15, 1983, the State of Alaska recognized the Minto Village Council as the Appropriate Village Entity ("AVE") for the community. Thus, the tribal council – acting as the AVE – advises the state Department of Commerce, Community, and Economic Development concerning which lands to accept from the village corporation under ANSCA §14(c)(3) and the uses of these lands. It also has veto power over the sale, lease, or other disposal of municipal trust land. The power to monitor and oversee the state's decisions affecting municipal trust land is important because village residents' best

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 13 of 39

know the land in their area and can help identify and plan for expansion in the community.

## TRIBAL COURT

The Tribe has an active Tribal Court, which is separate from the Village Council and consists of seven elected judge, of which 2 are elders. The Minto Tribal Court hears a variety of civil cases, of which the majority are child protection cases.

## VILLAGE CORPORATION

Under the Alaska Native Claims Settlement Act of 1971 established the Seth-De-Ya-Ah Corporation for the Native Village of Minto. The Seth-De-Ya-Ah Corporation has a total land entitlement of 110.46 acres and serves 310 shareholders.

The Minto Development Corporation and the Minto Northfork Store & Fuel Inc. are the two subsidiaries of Seth-De-Ya-Ah, which provide employment opportunities for the residents of Minto. Scholarships are provided to shareholders for higher education or vocational training. Doyon Limited is the regional corporation for the Native Village of Minto.

## VPSO/LAW ENFORCEMENT

Minto currently has one Village Public Safety Officer (VPSO), who serves on a one week on one week off schedule. They are stationed as the first responder to public emergencies and as the only local law enforcement in the village. Moreover, the VPSO is assigned to conduct misdemeanor investigations under supervision of the Alaska State Troopers and assists the Alaska State Troopers to investigate potential felony incidents.



**Figure 8 VPSO Housing**

High-risk situations transition to the Alaska State Troopers. Minto is roughly a three-hour drive from the nearest Alaska State Troopers dispatch office in Fairbanks so the response time of law enforcement is not as delayed as many other remote communities.

Other VPSO include volunteering at the fire department, managing search and rescue operations for the village and surrounding area, promoting water safety for children, acting as an emergency medical technician, and demonstrating crime prevention. The Village of Minto also has its own jail cell.

In 1986, the Native Village of Minto published its liquor ordinance in the Federal register, 51 FR 28779-02 (Aug.11, 1986). This ordinance prohibits "the possession, use and distribution of alcohol within the Indian Country under the Jurisdiction of the Native Village of Minto."



**Figure 9 Power Plant**

# PUBLIC UTILITIES

## WATER AND SEWER

The Water Treatment Plant distributes water to the community of Minto. Three distribution loops circulate water throughout the community. Water pumps from a well into the Water and Treatment Plant, where treated with chlorine prior to being stored in the water storage tank.



**Figure 10 Minto Community Clean Up Efforts**

Water derives from three wells, treated and distributed in a heated circulating water line. Piped sewage goes to the local lagoon. About 80 homes are connected to the piped water and sewer system and have complete plumbing. The system received upgrades over the past several years with completion in 2004. The Minto Water Treatment Plant completed a waste heat recovery project in 2012 from the power plant to provide heat to the water treatment plant.

## SOLID WASTE

The Minto Village Council currently operates a Class III municipal solid waste landfill approximately 0.5 miles northwest of the village. The landfill permit is current.

This landfill serves about 160 residents of Minto and receives about 277 tons of solid waste per year. The landfill sits on Seth-De-Ya-Ah Village Corporation land on a 5.4-acre site, which is equipped with waste disposal cells, an enhanced burn unit, a salvage area, and storage shed all within a fenced in area (Buteyn, 2013).

## COMMUNICATIONS

Landline telephone services are available to the community by United Utilities which is mainly used by businesses in the area but is also available to community members. In addition to the landline services cell phone services are available through GCI.

Residents of Minto rely on satellite services for television services. There are two companies that can choose from being Dish Network or DirecTv. There are varying plans for residents to choose from depending on their needs.

If the residents choose they can also add internet services to their home. Services are available through United Utilities, HughesNet or if the household has school age children that are eligible to receive internet services through a program with YKSD through Microcom.

When the pandemic began in March 2020 and public schools and workplaces closed, many locations around the country transitioned to remote work and virtual communications. This was more difficult in Interior villages due to the lack of high-speed affordable internet service, severely disrupting education and business. Currently, internet access is unstable or nonexistent in most TCC communities and hinders communities' abilities to hold remote jobs and attend distanced schooling. According to the TCC Tribal Broadband Plan, only 17 percent of communities have access to an affordable residential internet plan and none of these communities have household access to broadband (25Mbps/3Mbps) speeds.

The tribe, along with the Behnti Economic Development Corporation shall work together to establish reliable, high-speed, and affordable internet connectivity in the region by implementing recommendations in the TCC Tribal Broadband Plan, prioritizing local ownership of communications infrastructure.

## ENVIRONMENTAL CONCERNS

The community of Minto operates an Environmental Indian General Assistance Program (IGAP) through the U.S. Environmental Protection Administration. This program promotes environmental awareness and community recycling and also provides the community with local dumpsters and a trash haul service. The IGAP program has 2 employees, an IGAP Coordinator and an IGAP Operator. The Coordinator does the reporting, takes care of the planning, and acts as the Operator Supervisor. The operator is responsible for hauling trash and doing community backhaul. Development on traditional land is a concern as well as the protection of sacred sites. When hunters come to Minto traditional land use areas and do not clean up their trash, it is a great concern for the residents of Minto.

## POWER/ENERGY (BULK FUEL & ELECTRIC)

The Alaska Village Electricity Cooperative (AVEC) has provided electricity to Minto since August 19, 1971. Today, service is provided to over 100 member owners. In 2015, the peak and average loads were 158kW and 76kW, respectively.

The AVEC power plant is equipped with three diesel generator sets which were commissioned in 1988, 1992 and 1994. During 2011-2013 with Denali Commission funding, AVEC analyzed the condition of the power plant engines and their potential replacements. Also, in 2012 the Alaska Native Tribal Health Consortium (ANTHC) and the Village of Minto completed construction of a heat recovery system to utilize heat from the existing power plant engines to heat the local water treatment plant. Through the power plant analysis, it was discovered that replacement of the existing power plant was not warranted at the time given the efficiency, the ability of the existing engines to use ultra-low sulfur diesel fuel and its ongoing provision of heat to the water plant.

In May 2015, ERM Alaska, Inc. prepared a Bulk Fuel Assessment Report for Minto, Alaska for the Alaska Energy Authority. The three bulk fuel storage facilities in Minto belong to AVEC Yukon-Koyukuk School District (Minto school), and Minto North Fork Store (retail sales). Fuel is delivered separately to each tank farm throughout the year by truck from Fairbanks, Alaska. Retail sales of diesel (heating fuel) and gasoline are only available from the Minto North Fork Store. Residents typically purchase heating fuel at the North Fork Store and transport it in 55 gallon drums to their homes, where it is then transferred to a home heating fuel tank (Sattler & Stein, 2016).

## BIOMASS PROJECT

The Biomass Project goes hand in hand with the Weathering's Lakeview Lodge and also a key component of the DOE Strategic Technical Assistance Response Team (START) program. In 2013, the Minto Village Council secured funding to initiate the biomass project with the end goal of reducing overhead energy costs for both the Minto Lakeview Lodge and the Minto Health Center.

This project was also geared toward addressing and initiating energy efficiency throughout the village, where community members were provided with energy efficiency education and LED lighting for a number of homes. Currently, the biomass project is underway and became fully operational by the winter of 2016.

# PUBLIC FACILITIES

## LAKEVIEW LODGE

The beautiful 12,000 square foot two-story building located on Lakeview St in Minto resides the Minto Lakeview Lodge. The Minto Village Council owns the building and serves many uses to the community. The building has eight rental rooms with a full sized commercial kitchen for visitors. In addition to lodging tourists and guest to the village the Lodge serves as place for the Minto Village Council office, village tribe operations, IGAP, ICWA program, Elder's nutrition program and the school lunch program.



Figure 11 Lakeview Lodge Courtesy of Pete Anderson

In 2013, the lodge was selected to receive technical assistance through START (Strategic Technical Assistance Response Team). In addition to the START program, Minto received funds from DOE Tribal Energy Program, Alaska Capitol Improvement Project and the Alaska Energy Authority biomass grant Minto was able to complete upgrades to the lodge in 2014. The project on the lodge that included weatherization work to the exterior, attic insulation, air sealing and plumbing repairs. These repairs were expected to increase energy efficiency by 30-50%.

## TRIBAL HALL

The Minto Tribal Hall was completed in 2004 and has indoor plumbing, a full kitchen, uses both wood and oil heat, and has the capacity of 300 people. It is used for community events such as potlatches, holiday gatherings, high school functions, weddings, receptions, funerals, and dedication ceremonies with dignitaries.



Figure 12 Minto Community Hall

The Native Village of Minto owns the Tribal Hall, operates, maintains and leases the land where the Tribal Hall. There is a fee for use of

Case 4:25-cv-00024-SLG     Document 1-2     Filed 07/03/25     Page 18 of 39

the hall. There are also two offices with phone service, which have been rented out on occasion since 2005.

## HEALTH CENTER

The Evelyn Alexander Health Center serves all community residents and is set up to serve both Indian Health Service beneficiaries and non-beneficiaries. The Minto Community Health Center relocated to a new 2,000 sq ft facility in June 2005. It is equipped with two full medical examination rooms, an office space for the staff of 4, trauma room dental examination room with dental chair and x-ray machine, secure storage space for pharmaceutical and medical supplies and client records. The health center is also equipped with telemedicine equipment capabilities. Building access has been designed to accommodate wheelchair and emergency equipment.


Figure 13 Evelyn Alexander Health Center

The health center staffs two full-time Community Health Aide Practitioners and one part-time Community Health Aide in training. Medical services offered by the clinic include prenatal and perinatal services, family health, emergency medical treatment, specimen collection, and pharmacy refill services. Likewise, itinerant public health nurses provide immunizations and well-child services. Other medical services include itinerant physician and dental visits to Minto.

## SCHOOL

Minto School is one of the 10 schools that make up the Yukon-Koyukuk School District (YKSD) that are located on the Koyukuk, Tanana & Yukon Rivers. The school was built in the 1980's after the village relocated from Old Minto.

Minto School enrollment for the 2022-2023 school year is 63 students, ranging from kindergarten through Grade 12 with six teachers. Through a State of Alaska grant with YKSD they are able to provide a preschool program to the community. The Minto School offers basketball, archery, cross-country running, and Athabascan dance practice as extracurricular activities. The


Figure 14 Minto School

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 19 of 39

school also offers a Native language class for grades K-5th, mandated by school board policy and is taught via videoconference. The Athabascan culture is integrated into the school system, as long as the school is meeting the school district's educational priorities in reading, writing, and math. Minto School holds a cultural week every year, and students are also heavily involved in traditional dancing and with potlatches held at the Tribal Hall.



**Figure 15 Photo Courtesy of Eilleen Charlie**

## POST OFFICE

The U.S. Post Office in Minto is open from 9:00-4:00, with window hours closed from 1:00-2:00, Monday-Friday. Minto receives daily mail in correlation with the flights from Fairbanks.



**Figure 16 Post Office**

# ECONOMY

## Local Stores and Businesses

The Minto Northfork Store & Fuel, Inc. is locally owned and operated by Seth-De-Ya-Ah Village Corporation. The store provided groceries, gas, heating oil and propane to residents.

The Village End Café is privately owned by a resident of the community. The Café is open seasonally in the summers.



**Figure 17 The Northfork Store & Fuel**



**Figure 18 Village End Cafe**

According to the State of Alaska Dept or Commerce 2022 the following is a list of active business licenses for the community of Minto:

| | |
|---|---|
| 2140352 | **melaniefromminto** |
| 1074600 | Minto Lakeview Lodge |
| 1039651 | Minto Northfork Store & Fuel, Inc. |

## Subsistence

Like many communities in rural Alaska the people of Minto still have strong ties to their culture and live strong and healthy subsistence lifestyles. Depending on the season they harvest moose, small game animals, ducks, geese, fish and berries. With these harvested animals they helped offset some of the high cost of groceries and other necessities during



**Figure 19 Hunting Season by Eileen Charlie**

the long winter months. Unfortunately with the growing competition with urban hunters, the increased regulations on fishing and the weather have taken a toll on the community. In addition to the food that is harvested from animals they provided additional uses. Such as warm winter gear and traditional regalia. According to the Alaska Department of Fish and Game (ADF&G) subsistence use in 2012 harvest report, 97.8% of Minto residents rely on hunting and fishing as a means to provide food for their families. This report was based on a 75.4% survey sample of the Minto population.

## UNEMPLOYMENT RATE

According to the May 2022 Preliminary Unemployment Rate, Alaska has an unemployment rate of 4.5% in comparison to the national United States unemployment rate of 3.4%. The unemployment rate for the Yukon-Koyukuk is 9.6%, which is shown in the map below according to the State of Alaska Department of Labor and Workforce Development (State of Alaska, 2022).

## COMPOSITION OF EMPLOYMENT

The majority of year-around employers includes school district, Village Councilm, Village Corporation, Tanana Chiefs Conference and Behnti Economic Development Corporation. Many residents work during the summers with the local firefighting crew for the Bureau of Land Management. In addition to the full-time and part-time work community members also take part in selling cords of wood, furs, birch-bark baskets, beaded items, and regalia.

# HOUSING

Minto Village Council works with Interior Regional Housing Authority (IRHA) to provide housing and housing improvement opportunities to Tribal members. IRHA works with the Department of Housing and Urban Development (HUD) and local Tribal Councils utilizing Indian Housing Block Grant Funds (IHBG) for the communities that designate IRHA as their Tribally Designated Housing Entity (TDHE) (Tanana Chiefs Conference, 2015).

There are 105 livable housing units in Minto. Of these, 72 are occupied, 22 housing units are vacant, and 20 are occupied seasonally. Some homes are only occupied seasonally. In 2013 upgrades were done to houses in Minto. Minto was awarded State of Alaska Capital Improvement Funding for: $200,000 Independent Elders Housing (FY2013) $200,000 Multi-Purpose Facility (FY2014).

# TRANSPORTATION

Minto is accessible from Fairbanks, AK the nearest city by the Elliot Highway. The drive consists of 118 miles on the Elliot Highway that leads to the 11-mile spur road off the Elliott Highway, typically known as the Minto turnoff by locals. These roads are maintained year round by Alaska DOT.

The road to Minto was finished in 1977. In 2003, the Alaska Department of Transportation upgraded and paved the 11-mile Minto Road that connects the village to the Elliott Highway. Over the summer of 2016, DOT initiated reconstruction of the Elliott Highway from MP 107.7 to 120.5 to realign 5 miles of the roadway and improve drainage with the culvert replacement, grade raises, and establishing new ditch lines. Due to the close proximity to Fairbanks, Minto residents are able to drive to Fairbanks for goods and services that are normally not so readily available to Alaska Native villages.

A state-owned 2,000-foot gravel airstrip is available. The Alaska Department of Transportation upgraded the airstrip in 2005 even further to include a lighted runway, taxiway, and a new apron 350 feet northwest of the existing airport. Currently, Warbelow's Air Ventures, a Fairbanks-based air taxi service, offers, regularly scheduled flights to Minto on every weekday. The flight takes about 20 minutes and is on the same flight route as Manley Hot Springs and Rampart.

The Tolovana River allows small boat access to the Tanana and Nenana Rivers, but no barge service is available because the Tolovana is too shallow.

Trucks, cars, snow machines, ATVs, and riverboats are used for transportation, recreation, hunting, fishing, and gathering purposes. There is an extensive winter trail system that connects Minto to other villages via the Tolovana and Tanana Rivers.

# COMMUNITY WELL-BEING

## CHURCHES

Minto is a community where spirituality is important. The Minto Village Council granted permission for churches to locate and operate in the village. Until recently, there were two churches in Minto: the Episcopal Church and the Assembly of



Figure 20 One of Minto's Churches

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 23 of 39

God. The Episcopal Church is the historic church of Old Minto and was established in 1971. The Assembly of God came to Old Minto in the 1950's. Both churches were grandfathered into New Minto when the village relocated. The two denominations joined together to build one new building and to create an interfaith, non-denominational church. The new church, Minto Worship Center Interfaith, is owned by the Episcopal Church– to be used by the community in perpetuity as long as it is used as a place of worship.

# LAND OWNERSHIP

Minto land use has traditionally stretched across the Minto Flats. Old Minto was the first place of settlement of the Minto people, who settled directly across from Sawmill Island in 1912. Old Minto is the ancestral land of the Minto people, who share a strong spiritual and cultural connection to the land. After a bout of persistent flooding, the people of Old Minto relocated in 1969 to a bluff on the west bank of the Tolovana River.

Seth-De-Ya-Ah, the village corporation, owns the surface rights of the majority of the land in and around Minto; Doyon, the regional corporation, owns the subsurface rights. Other parcels are owned by the State of Alaska, individual tribal members, and the Native Village of Minto.

On July 11, 2006, the State deeded the Native Village of Minto 31 acres comprising Old Minto. To facilitate the conveyance, the Tribe waived its sovereign immunity with respect to the property. Many of Minto's elders today were raised in Old Minto. Elders still return to Old Minto to camp, visit the graves of their loved ones and reminisce. Cabins, the church, community hall, and store buildings still stand today in Old Minto. The Old Minto site is now used to host cultural activities sponsored by the Interior Athabascan Cultural Heritage Education Institute and to hold programs operated by the Old Minto Family Recovery Camp.

Over the years, the Native Village of Minto has been conveyed a number of individual lots: from IRHA, Lot 11 Block 3 and Lot 7 Block 8 of the IRA Traditional Village Development Subdivision, each approximately 200' x 100'; and from the village corporation, Seth-De-Ya-Ah, Tract 1 and Tract 2 of the Sanitary Landfill Parcel, approximately 20 acres. The village corporation maintains an interim lease on the Minto Cemetery, which is scheduled to be conveyed to the Minto Village Council pending the completion of a survey.

Seth-De-Ya-Ah is currently negotiating with the state Municipal Land Trustee an amendment to the 2011 settlement agreement between the village corporation and the municipal land trustee. (Document no. 2012-00082-0, Manley Hot Spring Recording District.) The intention is to satisfy the village corporation's obligations under ANSCA §14(c)(3), which were first outlined in an initial agreement in 1982 and amounted to approximately 200 acres. (Document no. 1982-00054-0, Manley Hot Springs Recording District.)

As part of these negotiations, Seth-De-Ya-Ah also is asking the Municipal Land Trustee to execute a written disclaimer of interests with respect to 53 parcels within the village. These parcels are "essential to meet all present or foreseeable public community needs." 3 AAC 190.020. They are as follows.

Ten improved lots are proposed to be conveyed to the Minto Village Council, including five lots upon which tribal buildings such as the Minto Community Hall, the Lakeview Lodge, the Clinic, VPSO housing, and an equipment shop are located; the other five lots contain elder or handicapped or public tribal housing. Conveying this public infrastructure to the Tribe would promote present community needs because tribal site control is necessary to continue providing services to tribal members. Local ownership facilitates timely and informed repairs, improvements to management and maintenance processes, and avoidance of the delays and miscommunications that occur with remote ownership.

Seventeen lots proposed to be conveyed are vacant and include two lots in a historical area and two riverbank parcels designated as erosion control areas. The Minto Village Council is currently working with TCC Tribal Government Services to develop a Land Assignment Ordinance, which would ensure the fair and transparent assignment of parcels to tribal members who are committed to living in the village and who have the resources to construct a home within a reasonable timeframe.

Additionally, Seth-De-Ya-Ah has proposed to convey to the Minto Village Council six improved roads within the Village that are maintained by the Tribe using Tribal Transportation Program funds. Neither the Municipal Land Trustee – nor the State in general – are able to support the current community infrastructure in Minto. Public facilities will certainly degrade unless tribal resources are employed to maintain and operate this infrastructure.

To prepare the community of Minto for these potential land acquisitions, the community plan must incorporate a land use component to provide all stakeholders –

the Tribal Council, the village corporation, the Municipal Land Trustee, and all tribal members – with a set of priorities that reflect the community's assets, strengths, desires, and needs (Pensley, 2016).

## LAND USE PLANNING

Land use planning and implementation is critical to protecting the historical sites of Minto and promoting the current needs of the Minto community, as well as meeting its needs for future expansion. Minto village residents hold the preservation of their land and the resources available to them in high regard.  Most residents depend heavily on subsistence activities to supplement their food supplies.

## LAND USE PRIORITIES

| | |
|---|---|
| Tourism | Initiate market planning, target winter oriented tourists, prepare Lakeview Lodge for influx of tourists. |
| Housing | Keep homes along water line occupied, build 5 new homes, renovate existing homes, and prepare for ANCSA 14(c)(1) transfers to individuals. |
| Land Acquisition | Prepare for ANCSA 14(c)(3) conveyances to Tribe for local ownership of infrastructure and assignment of parcels for residential and home business use. |
| Water & Sewer | Make sure homes along the water line are occupied to keep water circulating through the winter. Plan new housing construction projects for areas that can feed into the water line. |
| Preservation of traditional/historic sites | Protect historical trapping sites and old cabins. |
| Protect hunting/fishing land | Protect subsistence resources and the natural beauty of land, water, and environment. |
| Veterans Park | Site location is secure. Seeking funding for design and construction of Veterans Park. |

# PRIORITIES: GOALS AND OBJECTIVES

As a community exercise, we asked what top five goals they would like to focus on. With those top selections, we asked what objectives they would focus on to reach the goals.

## SUBSISTENCE

Goals: Minto is blessed with moose and berries. Minto works together to take care of the land. We like our hunting areas the way it is. Increased hunting regulations to protect our wildlife (keep cow hunt closed).

Objectives:

1. Individuals need to be active in protecting their private property. Mark private land, post no trespassing signs.
2. Encourage community members to be involved with Alaska Dept. of Fish & Game.
3. When leaving campsites ensure that trash is disposed of properly campfires are properly extinguished.
4. During hunting season hire patrol for the area to ensure hunting regulations are followed.
5. Control the wolf population in the area to protect the moose population.
6. No buffalo, they will destroy the land.
7. Ban on commercial fishing.

## COMMUNITY WELL-BEING

Goals: All residents are healthy physically, mentally, spiritually, socially, culturally & financially.

Objectives:

1. Physical fitness center/Cultural Community Center.
2. Create support groups/talking circles for people to have a safe place to talk.
3. Have more community gatherings. Ask that phones are either turned off or put away to be more present with one another.
4. Incorporate cultural learning in the community. Hide tanning, hunting and trapping safety, bead work, skin sewing, language, songs, cooking, jarring and native Olympics games.
5. Seasonal cultural camps for families that include survival skills learning.
6. Encourage post-secondary education, trade school, IT training, apprenticeships, oil field work.

7. Provide financial management classes for the community. Budget workshops, paying off debt, investments, loans, tourism.
8. Have faith based group gatherings.

## ECONOMY

Goal: Increase Minto's economy from 6 million a year to 10 million a year.
Objectives:

1. Diversify Minto's income.
2. Create opportunities for people in the community to start small businesses.
3. Look into bringing tourism into the community.
4. Find ways to increase employee morale within the community. Competitive pay, benefits, recognitions of milestones and anniversaries.
5. Build a senior center to bring elders home and create jobs in the community.
6. Provide opportunities of education in finance management to the community.
7. Promote training in grant writing to help fund projects in the community.
8. Create stewardship positions that include the youth

## HOUSING

Goals:

1. Build affordable and energy efficient housing.
2. Securing land to meet assisted/elder, single family and rentals needs.
3. Rehab existing housing.

Objectives:

1. Resolves issues with land ownership. Work with Seth-De-Ya-Ah Corp.
2. Conduct housing assessment needs within the community.
3. Contact Cold Climate Housing Research Center regarding building durable and sustainable housing in the interior.
4. Obtain funding to increase housing in community.
5. Determine land for housing that can have water access.
6. Include youth in the process of building new homes in the community.
7. Look into using COVID housing for residents in the community that need housing now.

## EDUCATION & WORKFORCE DEVELOPMENT

Goal:

1. Encourage and work with school district and youth to ensure they obtain high school diploma or GED.

2. Prepare youth for SAT. Ensure students having tutoring sessions available if needed.
3. Include the both adults and youth with community matters. Provide information regarding tribal constitution and bylaws.
4. Offer internships.

Objectives:
1. Ask parents to be involved with children's learning in early stages.
2. Include cultural activities and life skills in the school curriculum. See if the school district has a cultural exchange program for students.
3. Have a distance learning center available to the community.
4. Look into seeing if there are classes such as finance management and communication available to offer community members.

# MINTO COMMUNITY SURVEY RESULTS

From the survey data we conclude the following:

1. We asked about goals for the community:
   - The community was asked what they enjoy most about living in Minto
     - Location: beautiful scenery
     - Basketball
     - Community Activities
     - The people/community
     - Living subsistence lifestyle
     - Helping Others
     - Freedom
     - Family
     - Peaceful

   - The community was asked what do they see as the biggest issues/challenges in the community
     - Housing shortage
     - No employment opportunities
     - Alcohol & drugs
     - Childcare
     - Losing touch with traditional values
     - No motivation to work
     - Land ownership
     - Water/sewer issues

   - What would you like to see happen in the community in the next 5 years
     - More housing
     - More job opportunities
     - Clean lands
     - Tourism
     - More businesses
     - Senior home, multipurpose building
     - Community land ownership
     - More community activities

– Stronger cultural values                       – Veterans Park

2. We asked about current housing concerns:

    o A majority of the community believe there is a high need for housing. It is stated that there are people that want to move home but a lack of housing prevents them from moving home.

    o With current households their primary concerns are overcrowding, high energy costs, lack of space & storage. And a need for rehabilitation and weatherization on houses.

    o The community would like to see the following buildings built:
       – Rentals                              – Single-Family houses
       – Elders Home                          – Temporary
       – Seasonal Housing

3. We asked about the current infrastructures in the community:

    o We asked what are the main infrastructure needs in the community:
       – Activity/Fitness Center              – Lower energy
       – Youth Center/Daycare                 – High speed internet
       – Storage building                     – Office space
       – Tribe/Corporation building           – Morgue

    o We asked the community to rate the conditions of the following:
       – Clinic: Good condition               – Other: Lodge, Store Post Office:
       – Tribal Building: In fair/poor             Poor/fair condition
          condition

4. We asked about transportation needs in the community:

    o The main transportation issues within the community are the following:
       – Fuel prices                          – Dust control
       – Poor road maintenance                – Freight  costs
       – Road safety

    o The community would like to see the following needs addressed
       – Drivers Ed classes for youth         – Bus service between Minto  and
       – Speed Bumps                             Fairbanks
       – Street signs                         – Vehicle for  Elders and those with
      – Road maintenance                          handicaps

5. We asked about Cultural/Traditions practiced in the community:
   o A majority of the community participates in cultural/traditional activities within the community such as potlatches, indian dancing, hunting and fishing
   o These are activities that are considered important to the community

6. We  asked about health and wellness needs of the community:
   o The main health and wellness issues within the community are the following:
     – Issues with water & sewer or lack of running water
     – Lack of place/building for health & fitness
     – Lack of mental health awareness
     – Drinking, smoking & subsistence

   o What the community would like to see in the community:
     – Walking groups
     – Gardening
     – Healthy foods in the local store
     – Physical group activities
     – Cultural/Summer camp
     – Signing & Dancing

7. We asked about public safety/enforcement within the community:
   o Main issues with public safety/enforcement in the community:
     – Drug & alcohol importation
     – DUI's & public intoxication
     – Fire safety
   – Loose dogs
   – Speeding
     – Underage driving
     – Communication between Tribe & VPSO
     – Failure to utilize tribal court to deter violations

   o When asked if the community feels safe the majority answer was yes with some saying most of the time

   o When asked if the community felt the Public Safety was adequate the majority answered sometimes

   o We asked what would make community feel safer:
     – A full-time/permanent VPSO presence
     – K9 unit
     – Fire Dept.
     – Someone to check in on people
     – Guns

8. We asked about the economy in the community:

- ○ What are the main economy challenges in the community?
  - – Lack of employment opportunities
  - – High energy costs
  - – Building houses
  - – Low paying jobs or no benefits
  - – Better food selection at store
- ○ When asked where the community spends their money a majority said in the city with a small amount saying at the local store

- ○ We asked the community for suggestions to create jobs in the community:
  - – Tourism
  - – More housing
  - – Competitive pay/benefits
  - – Sport fishing
  - – Training for jobs & grants
  - – Create more businesses

- ○ What businesses would the community support:
  - – Tourism
  - – Small startup business
  - – Lodge

- ○ We asked what education/training would prepare the community for the workforce:
  - – Business management
  - – Technology
  - – Writing
  - – Office skills
  - – Training in finance
  - – Communication
  - – Trade schools
  - – Postsecondary school

9. We asked the community regarding education and youth in the community:
   - ○ What are the main education and youth issues:
     - – Lack of involvement with the young
     - – Need to encourage higher education
     - – Need youth center
     - – Understanding of culture/tradition and respect
     - – More youth activities/jobs
     - – Life skills
     - – Mental health
     - – Communication

   - ○ Suggested activities for the youth:
     - – Game nights
     - – Talking/cultural groups, camps
     - – Team activities: basketball, baseball
     - – Involve youth in community events

10. We asked about public utilities in the community:

- What are the main issued with public utilities in the community:
  - Buildings need wheelchair access
  - Electricity too high
  - Lack of street lights
  - Need to expand, new water and power plant
  - Water/sewer freeze ups in winter

- What are public utilities needs in the community:
  - Transportation( between Minto and Fairbanks)
  - Swimming pool
  - Solar panels/Wind mills
  - More dumpster
  - Youth center/fitness center
  - New sewer lines
  - Mortuary
  - Street lights
  - Laundromat

11. We asked the community about the land & environment:
  - What are the main land/environment issues in the community:
    - Not owning/ having deed to land
    - Non-local hunters in the area
    - Refreshers on land management
    - Clean yards/trash pick up

  - Suggestions to help address land issues:
    - Clean up days
    - Limit time for non-local hunters
    - Community meetings

# APPENDICES

## MAP 1: MINTO VILLAGE MAP



MINTO COMMUNITY PLAN



MINTO COMMUNITY PLAN

Case 4:25-cv-00024-SLG    Document 1-2    Filed 07/03/25    Page 35 of 39



Community Map
MINTO

65° 08' 46" N    149° 21' 26" W (NAD 83)
Approximate Elevation: 441.38' at AICAP Block 8, Lot 1/Lot 14
Township 4 North, Range 9 West, F.M., AK
U.S.G.S. Quadrangle "LIVENGOOD (A-5)", Alaska
MANLEY HOT SPRINGS RECORDING DISTRICT

### LEGEND

Residential Building          Water Line
Commercial Building           Sewer Line
Public Building               Electric
QCD to Housing                Electric & Telephone
Authority or Individual       Edge of Water
ANCSA 14(c)(1) Lots
ANCSA 14(c)(3) Lot

SCALE: 1"=100'
Date of Photography: June 17, 2009
Magnetic Declination computed by U.S.G.S. Geomag
Program using WMM-2005.COF model as of August 1, 2009

SHEET 2 of 3

### BUILDING KEY

5. AJ's Tire Shop
6. US Post Office
7. Jr. High/High School
8. Elementary School/GYM
9. Worship Center
10. St. Barnabus Episcopal Church
11. Minto Community Hall
12. Minto Northern Store
13. Fuel Tank Farm
14. Evelyn Alexander Clinic
15. Minto Lakeview Lodge

TOLOVANA RIVER

MINTO COMMUNITY PLAN

## MAP 4: MINTO FLATS STATE GAME REFUGE



**Minto Flats State Game Refuge**

| | |
|---|---|
| SGR Boundary | |
| RS 2477 | |
| Cabins | |

**Federal**
- BLM
- DOD

**State**
- State
- UA

**Other**
- Native
- Native Allotment
- Private
- Municipal Entitlements

Map Produced by Alaska Department of Fish & Game · Sport Fish Division
Date: 3/2/2011

Map Location

## MAP 5: MINTO SETH-DE-YA-AH CORP, AK NATIVE ALLOTMENTS,



# VILLAGE CONTACTS

**Native Village of Minto**
PO BOX 26
Minto, AK 99758
P: 907-798-7112
F: 907-798-7627

**Seth-De-Ya-Ah Corporation**
PO BOX 56
Minto, AK 99758
P: 907-798-7181

**Health Clinic**
58 River View
Minto, AK 99758
P: 907-798-7412
F: 907-798-7413

**Minto School**
PO BOX 81
Minto, AK 99758
P: 907-798-7212