**EXHIBIT 4**

From: **Feedback Minto Money** <feedback@mintomoney.com>
Date: Wed, May 21, 2025, 6:17 AM
Subject: RE: Minto Money – Information Request
To: Heather James

Good Morning,

Thank you for your inquiry. The requested information can be found below. We have also attached a copy of your loan agreement, which includes additional details about your loan. Please let us know if you have any questions or concerns by contacting us at feedback@mintomoney.com or (844) 446-4686.

- Payment Schedule/ History

| # | Date | # Days | Payment Mode | Principal, $ | Interest, $ | Total Amount, $ | Payment Sta... |
|---|------|--------|--------------|--------------|-------------|-----------------|----------------|
| 1 | 11/17/2023 | 24 | ACH | 0.24 | 345.00 | 345.24 | Successful |
| 2 | 12/22/2023 | 35 | ACH | 0.38 | 344.86 | 345.24 | Successful |
| 3 | 01/17/2024 | 26 | ACH | 0.60 | 344.64 | 345.24 | Successful |
| 4 | 02/16/2024 | 30 | ACH | 0.94 | 344.30 | 345.24 | Successful |
| 5 | 03/15/2024 | 28 | ACH | 1.48 | 343.76 | 345.24 | Returned 'R01' |
| 6 | 04/09/2024* |  | Debit Card | 0.00 | 100.00 | 100.00 | Successful |
| 7 | 04/19/2024* |  | ACH | 1.48 | 243.76 | 245.24 | Successful |
| 8 | 05/17/2024 | 28 | ACH | 3.67 | 341.57 | 345.24 | Successful |
| 9 | 06/17/2024 | 31 | ACH | 5.78 | 339.46 | 345.24 | Successful |
| 10 | 07/17/2024 | 30 | ACH | 9.11 | 336.13 | 345.24 | Successful |
| 11 | 08/16/2024 | 30 | ACH | 14.34 | 330.90 | 345.24 | Successful |
| 12 | 09/17/2024 | 32 | ACH | 22.59 | 322.65 | 345.24 | Successful |
| 13 | 10/17/2024 | 30 | ACH | 35.58 | 309.66 | 345.24 | Successful |
| 14 | 11/15/2024 | 29 | ACH | 56.04 | 289.20 | 345.24 | Successful |
| 15 | 12/17/2024 | 32 | ACH | 88.26 | 256.98 | 345.24 | Successful |
| 16 | 01/17/2025 | 31 | ACH | 139.01 | 206.23 | 345.24 | Successful |
| 17 | 02/14/2025 | 28 | ACH | 221.98 | 469.21 | 691.19 | Returned 'R01' |
| 18 | 02/21/2025 | 7 | Debit Card | 177.58 | 375.37 | 576.95 | Successful |

Thank you,

Donnie

**From:** Heather James
**Sent:** Tuesday, May 20, 2025 7:52 PM
**To:** Feedback Minto Money <feedback@MintoMoney.com>
**Subject:** Re: Minto Money – Information Request

Good afternoon, would it be possible to get a copy of my payment history for my loan October 2023?

On Fri, May 16, 2025, 4:55 AM Feedback Minto Money <feedback@mintomoney.com> wrote:

Good Morning,

Thank you for your inquiry. The requested information is attached. Please let us know if you have any questions or concerns by contacting us at feedback@mintomoney.com or (844) 446-4686.

Thank you,

Juanita



**Customer Care Team**
feedback@mintomoney.com
mintomoney.com



**Customer Care Team**
feedback@mintomoney.com
mintomoney.com

*-\*\*External sender. Please use caution when clicking on any attachments or links\*\** -