CHRISTOPHER L. WANGER (CA Bar No. 164751)
BRANDON WONG (CA Bar No. 327372)
MANATT, PHELPS & PHILLIPS, LLP
Email: cwanger@manatt.com
Email: bwong@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

*Attorneys for Defendants*
CREDITSERVE, INC., ERIC WELCH,
and JAY MCGRAW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEATHER JAMES, on behalf of herself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LOCHEN; MINERAL POINT CONSULTING SERVICES; CREDITSERVE, INC.; ERIC WELCH; JAY MCGRAW; SHANE THIN ELK; LORI BAKER; CHARLIE TITUS, JR.; LINDBERG CHARLIE; JONATHAN DAVID, SR.; and JOHN DOES 1 - 40,,<br><br>Defendants. | Case No.: 4:25-cv-00024 |

**CREDITSERVE DEFENDANTS' JOINDER IN TRIBAL ASSOCIATED DEFENDANTS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

CREDITSERVE DEFENDANTS' JOINDER IN TRIBAL
ASSOCIATED DEFENDANTS' RESPONSE TO NOTICE
OF SUPPLEMENTAL AUTHORITY

CASE NO. 4:25-CV-00024

404231580.1

Case 4:25-cv-00024-SLG   Document 87   Filed 04/20/26   Page 1 of 2

Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
TELEPHONE (415) 291-7400 • FACSIMILE (415) 291-7474

Defendants Eric Welch, Jay McGraw, and CreditServe, Inc. hereby join in the Tribal Associated Defendants' Response to Notice of Supplemental Authority ("Response") (ECF No. 86). For the same reasons outlined in the Response that the non-binding dicta in *Harris v. W6LS, Inc.*, No. 24-2056, 2026 WL 878446, at *4 (7th Cir. Mar. 31, 2026) is immaterial to the Tribal Associated Defendants' motion to compel arbitration, the decision also is immaterial to the Creditserve Defendants' motion to compel arbitration.

Dated: April 20, 2026

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christopher L Wanger
    Christopher L Wanger
    Brandon Wong

*Attorneys for Defendants*
ERIC WELCH, JAY MCGRAW, and
CREDITSERVE, INC.

Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
TELEPHONE (415) 291-7400 • FACSIMILE (415) 291-7474
A

CREDITSERVE DEFENDANTS' JOINDER IN TRIBAL
ASSOCIATED DEFENDANTS' RESPONSE TO NOTICE
OF SUPPLEMENTAL AUTHORITY

CASE NO. 4:25-CV-00024

404231580.1

Case 4:25-cv-00024-SLG    Document 87    Filed 04/20/26    Page 2 of 2